IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| WILLIAM B. MEACHAM and STEPHANIE T. MEACHAM, | ) |
| Defendants. | ) |

## COMPLAINT

The United States of America alleges as follows:

1. The United States brings this action to obtain a judgment for unpaid federal income tax liabilities assessed against William B. Meacham for the years 2010–2018 and against Stephanie T. Meacham for the years 2013–2019.

2. This action is authorized by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of the Attorney General of the United States of America, in accordance with 26 U.S.C. § 7401.

**Jurisdiction, Parties, and Venue**

3. This Court has jurisdiction of this action under 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402.

4. Defendants William Meacham and Stephanie Meacham are married, reside within this district, and are within the jurisdiction of this Court.

5. This Court is a proper venue for adjudicating this civil action pursuant to 28 U.S.C. §§ 1391(b) and 1396 because William Meacham and Stephanie Meacham reside in Tampa, Hillsborough County, Florida and the liabilities for the delinquent taxes accrued within this district.

**COUNT 1: Judgment for Income Tax Liabilities (Mr. Meacham)**

6. For tax years 2010–2018, Mr. Meacham filed federal income tax returns as married filing separately. He reported tax due but—for all years except 2012, in which he made full payment of self-reported tax with his return—did not pay the entire amount of those liabilities. For the following years, on the following dates, and in the following amounts, a delegate of the Secretary of the Treasury made assessments against Mr. Meacham for tax, penalties, and interest:

| TAX YEAR | ASSESSMENT DATE | AMOUNT | TYPE OF ASSESSMENT | BALANCE DUE* |
|---|---|---|---|---|
| 2010 | 11/28/2011 | $5,042.00 | Return filed and tax assessed | $8,457.11 |
| | | $185.68 | Late payment penalty | |
| | | $109.23 | Interest | |
| | 08/05/2013 | $905.19 | Late payment penalty | |
| | 08/04/2014 | $69.63 | Late payment penalty | |
| 2011 | 11/19/2012 | $15,217.20 | Return filed and tax assessed | $26,957.09 |
| | | $102.11 | Failure to pre-pay penalty | |

|  |  | $608.69 | Late payment penalty |  |
| --- | --- | --- | --- | --- |
|  |  | $274.35 | Interest |  |
|  | 08/05/2013 | $1,141.28 | Late payment penalty |  |
|  | 08/04/2014 | $1,826.07 | Late payment penalty |  |
|  | 11/12/2018 | $228.26 | Late payment penalty |  |
| 2012 | 12/02/2013 | $12,460.61 | Return filed and tax assessed | $1,035.44 |
|  |  | $195.83 | Failure to pre-pay penalty |  |
|  |  | $373.82 | Late payment penalty |  |
|  |  | $192.66 | Interest |  |
| 2013 | 11/24/2014 | $17,119.05 | Return filed and tax assessed | $28,305.13 |
|  |  | $248.61 | Failure to pre-pay penalty |  |
|  |  | $684.76 | Late payment penalty |  |
|  |  | $316.65 | Interest |  |
|  | 11/12/2018 | $3,595.01 | Late payment penalty |  |
| 2014 | 11/30/2015 | $14,013.51 | Return filed and tax assessed | $22,670.53 |
|  |  | $251.64 | Failure to pre-pay penalty |  |
|  |  | $560.54 | Late payment penalty |  |
|  |  | $266.25 | Interest |  |
|  | 11/12/2018 | $2,942.84 | Late payment penalty |  |
| 2015 | 11/28/2016 | $15,443.31 | Return filed and tax assessed | $24,336.12 |
|  |  | $278.14 | Failure to pre-pay penalty |  |
|  |  | $617.73 | Late payment penalty |  |
|  |  | $387.90 | Interest |  |

|      | 11/12/2018 | $3,243.10   | Late payment penalty              |             |
|------|------------|-------------|-----------------------------------|-------------|
| 2016 | 06/05/2017 | $16,272.91  | Return filed and tax assessed     | $24,598.71  |
|      |            | $227.27     | Failure to pre-pay penalty        |             |
|      |            | $162.73     | Late payment penalty              |             |
|      |            | $91.20      | Interest                          |             |
|      | 11/12/2018 | $2,685.03   | Late payment penalty              |             |
|      | 11/11/2019 | $1,220.46   | Late payment penalty              |             |
| 2017 | 03/04/2019 | $16,771.00  | Return filed and tax assessed     | $19,916.40  |
|      |            | $112.31     | Failure to pre-pay penalty        |             |
|      |            | $634.04     | Late payment penalty              |             |
|      |            | $606.65     | Interest                          |             |
|      | 03/11/2019 | $1,368.53   | Shared responsibility penalty     |             |
|      | 11/09/2020 | $2,514.72   | Late payment penalty              |             |
| 2018 | 02/10/2020 | $15,293.00  | Return filed and tax assessed     | $22,684.19  |
|      |            | $447.99     | Failure to pre-pay penalty        |             |
|      |            | $690.81     | Late payment penalty              |             |
|      |            | $676.68     | Interest                          |             |
|      | 02/17/2020 | $1,477.73   | Shared responsibility penalty     |             |
|      |            |             | Total                             | $178,960.72 |

*As of October 18, 2021. Balance due reflects further interest and statutory additions as allowed by law less any credits, including payments received.

7.   A delegate of the Secretary of the Treasury gave Mr. Meacham notice of the unpaid assessments identified in paragraph 6 and made demand for payment as provided by law.

8.   Despite notice and demand for payment, Mr. Meacham failed and refused to pay the entire amount of those liabilities.

9.   Accounting for all payments, credits, and abatements, as of October 18, 2021, Mr. Meacham owes $178,960.72, plus further interest and statutory additions thereon as allowed by law, in income taxes, penalties, and interest for tax years 2010–2018.

**COUNT 2: Judgment for Income Tax Liabilities (Mrs. Meacham)**

10.   For tax years 2013–2019, Mrs. Meacham filed federal income tax returns as married filing separately. In tax year 2014, she requested and received an extension to October 15, 2015 to file her tax return, but she did not file her 2014 return until November 2018. For tax years 2013–2019, Mrs. Meacham reported tax due but did not pay the entire amount of those liabilities. For the following years, on the following dates, and in the following amounts, a delegate of the Secretary of the Treasury made assessments against Mrs. Meacham for tax, penalties, and interest:

| TAX YEAR | ASSESSMENT DATE | AMOUNT | TYPE OF ASSESSMENT | BALANCE DUE* |
|---|---|---|---|---|
| 2013 | 11/17/2014 | $3,695.00 | Return filed and tax assessed | $6,043.01 |
|  |  | $147.80 | Late payment penalty |  |
|  |  | $66.18 | Interest |  |

|      | 10/08/2018 | $775.95    | Late payment penalty          |             |
|------|------------|------------|-------------------------------|-------------|
| 2014 | 12/17/2018 | $6,831.00  | Return filed and tax assessed | $11,853.79  |
|      |            | $1,424.47  | Late filing penalty           |             |
|      |            | $1,424.47  | Late payment penalty          |             |
|      |            | $1,181.03  | Interest                      |             |
|      | 10/05/2020 | $158.28    | Late payment penalty          |             |
| 2015 | 11/21/2016 | $7,274.00  | Return filed and tax assessed | $8,168.93   |
|      |            | $290.96    | Late payment penalty          |             |
|      |            | $177.01    | Interest                      |             |
|      | 10/08/2018 | $1,215.72  | Late payment penalty          |             |
| 2016 | 11/20/2017 | $5,464.00  | Return filed and tax assessed | $7,413.77   |
|      |            | $198.56    | Late payment penalty          |             |
|      |            | $120.57    | Interest                      |             |
|      | 10/07/2019 | $1,017.62  | Late payment penalty          |             |
|      | 10/05/2020 | $24.82     | Late payment penalty          |             |
| 2017 | 03/18/2019 | $6,153.00  | Return filed and tax assessed | $9,849.75   |
|      |            | $306.63    | Late payment penalty          |             |
|      |            | $304.29    | Interest                      |             |
|      | 03/25/2019 | $1,042.50  | Shared responsibility penalty |             |
|      | 10/05/2020 | $1,025.67  | Late payment penalty          |             |
| 2018 | 02/10/2020 | $6,512.00  | Return filed and tax assessed | $9,725.96   |
|      |            | $184.12    | Failure to pre-pay penalty    |             |

|      |            | $290.90    | Late payment penalty          |            |
|------|------------|------------|-------------------------------|------------|
|      |            | $288.14    | Interest                      |            |
|      | 02/17/2020 | $695.00    | Shared responsibility penalty |            |
| 2019 | 01/04/2021 | $17,817.00 | Return filed and tax assessed | $20,965.37 |
|      |            | $197.66    | Failure to pre-pay penalty    |            |
|      |            | $534.51    | Late payment penalty          |            |
|      |            | $255.14    | Interest                      |            |
|      |            |            | Total                         | $74,020.58 |

*As of October 18, 2021. Balance due reflects further interest and statutory additions as allowed by law less any credits, including payments received.

11. A delegate of the Secretary of the Treasury gave Mrs. Meacham notice of the unpaid assessments identified in paragraph 10 and made demand for payment as provided by law.

12. Despite notice and demand for payment, Mrs. Meacham failed and refused to pay the entire amount of those liabilities.

13. Accounting for all payments, credits, and abatements, as of October 18, 2021, Mrs. Meacham owes $74,020.58, plus further interest and statutory additions thereon as allowed by law, in income taxes, penalties, and interest for tax years 2013–2019.

WHEREFORE, the United States of America respectfully requests that this Court grant the following relief:

A. That the Court enter judgment in favor of the United States and against Defendant William B. Meacham in the amount of $178,960.72 as of October 18, 2021, plus further interest and statutory additions as allowed by law, for unpaid income taxes, penalties, and interest for tax years 2010–2018;

B. That the Court enter judgment in favor of the United States and against Defendant Stephanie T. Meacham in the amount of $74,020.58 as of October 18, 2021, plus further interest and statutory additions as allowed by law, for unpaid income taxes, penalties, and interest for tax years 2013–2019; and

C. That the Court grant the United States such other and further relief, including costs, it deems just and proper.

Dated: November 8, 2021                    Respectfully submitted,

                                           DAVID A. HUBBERT
                                           Acting Assistant Attorney General

                                           */s/ Alison E. Preston*
                                           ALISON E. PRESTON
                                           Lead Counsel
                                           Florida Bar No. 1011415
                                           Trial Attorney
                                           Civil Trial Section, Southern Region
                                           Tax Division
                                           U.S. Department of Justice
                                           P.O. Box 14198, Ben Franklin Station
                                           Washington, D.C. 20044
                                           (202) 598-7059 (v)
                                           (202) 514-4963 (f)
                                           Alison.E.Preston@usdoj.gov
                                           *Attorney for Defendant United States*

                                           *Of counsel*
                                           KARIN HOPPMANN
                                           Acting United States Attorney
                                           Middle District of Florida